IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN C. RIGGS, JR. d/b/a RESOURCE MANAGEMENT COMPANY | : : : | CIVIL ACTION |
| v. | : : | |
| AHP SETTLEMENT TRUST | : | NO. 10-2824 |

ORDER

AND NOW, this 24th day of September, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant AHP Settlement Trust to dismiss plaintiff's complaint as timed barred is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.